**Billy F. LARKIN, Plaintiff-Appellant,**

v.

**Chris KELLY, Detective; Wrightsville Beach Police Department, Defendants-Appellees.**

No. 17-6865

United States Court of Appeals, Fourth Circuit.

Submitted: October 17, 2017

Decided: October 20, 2017

Billy F. Larkin, Appellant Pro Se.

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy F. Larkin appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) action as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Larkin v. Kelly*, No. 5:16-ct-03230-D, 699 Fed.Appx. 220, 2017 WL 5033695 (E.D.N.C. June 13, 2017). We deny Larkin's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*